i: a man; cody lancaster;
℅ 3720 Dubia Road,
North Pole, Alaska; (99705)
Telephone: (907) 687-0285;
Electronic mail: CODYLEELANCASTERTRUST@proton.me

RECEIVED
MAR 16 2023
Clerk, U.S. District Court

## Notice for Requirement of Court

Greetings, to the man or woman who at times acts as Clerk, Judge, or Magistrate; i hope you are well; i: a man; cody; respectfully require a court of record to move a case through the court today: March the 16th, 2023; i believe there are many rules, acts, statutes, codes, and regulations that govern the courts on these lands, however, very few operate in law; i seek to open a case for i: a man; to be heard for a claim of trespass between those of mankind; i wish to state in open court what is true to remove all controversy between i: a man; and those of mankind; i claim to notice mankind of trespass should they continue their actions and they did choose to trespass against i; While i did make attempts to operate as a man with rights and seek remedy in private, i did not receive remedy, only more trespasses; i now require a court of record to press a claim of trespass under oath and to state what is true before a man or woman who may act as Magistrate or a trial by jury if no man or woman wishes to accept such a duty; i respectfully require no legal advice and no legal forms as i am not a member of the private bar association and this is a claim, not a complaint; i respectfully require a room to move this case through the court today; i waive all fees as it is not the wish of i to diminish the status of i to that of a pauper or accept any other title which may diminish the rights of man in any way; However, with that being said, if a fee is required, i will pay a fee in good faith as i respectfully require this case to move now for the actions of the woman who i intend to press this claim against does cause harm to i now; i call upon the men and women who at times act as officers of this court to fulfill their duty with honor; i require summons to be sent to those of mankind whom i list on the pages that bear the title "Notice of Summons" of this claim by a man or woman who at times acts as Sheriff or Marshall; i respectfully require to remain that of a man who does claim trespass;

Notice; i say now any change to this case will be seen as a trespass on this case and i will seek compensation in the amount of $20,000,000 by trial by jury as this would be a most grievous trespass; i: a man; cody lancaster; say all in here be true and will verify it all be true in open court;
Today's date: March the 16th, 2023;

By: cody lancaster; a man.

the cody lancaster court
AT THE UNITED STATES DISTRICT COURT
for the
District of Alaska

RECEIVED
MAR 16 2023
Clerk, U.S. District Court
Fairbanks, AK

**A court of record, to proceed under oath for to testify between:**

**i: a man; cody lancaster;**
**who does claim trespass;**

        **Against**                               **Court file number:**_____

**risa leonard; a woman;**
**wrongdoer;**

## Notice of Trespass with Statements of Claim

### i: a man; claim:

i believe the property of i is what is proper to i, exclusive from all others within a society; i claim the body of i: a man; as the property of i; i claim that a woman: risa leonard; who at times acts as Judge or Magistrate; did cause an electronic device to be upon the body of i; i claim risa leonard did receive notice that any consent i did give to her to place such a device upon the body of i to be void as of March the 13th, 2023; i claim i did send notice by way of registered mail on March the 14th, 2023; i state i did notice the woman: risa leonard; that if she wishes to continue her actions i would consider it a trespass by way of harm and extortion; i claim the woman: risa leonard; does knowingly trespass against i; i claim the trespass comes by way of extortion, and harm; i claim these trespasses do and does cause loss of enjoyment, loss of property and stress; i claim the commencement of the trespass did begin on March the 16th, 2023; at or around 12:23 pm; when after the woman: risa leonard; did receive notice that i require her to remove said electronic device from the body of i within 24 hours of her receipt of said notice; risa leonard; a woman; after she did receive said notice on March the 15th, 2023; at 12:23 pm, did not choose to remove said electronic device within 24 hours; i claim i did notice the woman: risa leonard; who at times acts as Judge or Magistrate; that i would consider such action to be a trespass by way of harm and extortion and that i would seek compensation in the amount of $1,000 per day that said electronic device is upon the body of i; i say at the time i write this notice of trespass and statements of claim, i have had said device upon the body of i for 39 consecutive days and the amount of compensation due to bring remedy is 39 days times $1,000 per day for a total sum of $39,000 and the amount continues to increase per day; i seek restoration of property and compensation in the amount of $39,000 to bring remedy; i intend to prove these statements with facts and evidence in open court; i also intend to call upon a man: russell roggenbuck; who did witness facts in relation to this claim; a woman: danielle roggenbuck; who did witness facts in relation to this claim; and a woman: kelly roberts; who at times acts as Pretrial Enforcement Officer; to state what she did witness in relation to this claim; i: a man; cody lancaster; verify all in here be true and will verify it all be true at open court;

# Rules of Court

1 - i: a man; cody lancaster; will be present at the United States District Court for the District of Alaska at Fairbanks on March the 16th, 2023; to hold the cody lancaster court and to press a claim of trespass under oath;

2 - i require the man or woman who at times acts as Magistrate to give his or her oath to the following: i, [state your name] give oath that i will be true to serve those of mankind in the office of Magistrate and will do right by all manner of mankind, and uphold the law, there to witness a claim with facts to support said claim and to render a verdict without fear, favor, affection, or ill will so help i god;

3 - i require a court of record;

4 - i require every man or woman who does receive summons to be present to give oath to testify to what is true under penalty of perjury;

5 - The cody lancaster court will not accept any legal arguments, codes, acts, and/or statutes as this is a court of law;

6 - The court will only accept claims with facts and evidence to support any and all claims;

7 - This court is to be private;

8 - i, say if the man or woman who does receive summons for trespass does not have a lawful excuse for the trespass or claims to the contrary and the man or woman who at times acts as Magistrate has the findings of facts and conclusions of law on the record to make a verdict in favor of i, the man who now does press this claim, then the orders of the cody lancaster court are to be in force and such order present before this court is to be tendered to the Clerk of the Court with the final verdict; The orders may bear the court seal of the United States District Court for the District of Alaska at Fairbanks upon it and is to be carried out within 30 days of the verdict; i say if any man or woman who at times acts as Officer of this court or the Clerk of the Court does believe it is not possible to proceed in this lawful manner, the cody lancaster court does require their findings of facts and conclusions of law on the record to prevent trespass on a case;

# the cody lancaster court
## AT THE UNITED STATES DISTRICT COURT
### for the
### District of Alaska

**A court of record, to proceed under oath for to testify between:**

**i: a man; cody lancaster;**
**who does claim trespass;**

        **Against**                                **Court file number:**_____

**risa leonard; a woman;**
**wrongdoer;**

## Notice of Summons;
## to the woman: risa leonard;
## 101 Lacey Street, Fairbanks, Alaska; (99701)

You, are required to be present before the man or woman who may act as Magistrate of the cody lancaster court at the United States District Court for the District of Alaska at Fairbanks on the day of March the 16th, 2023; post haste; You are to bring this summons with you for the purpose to testify to the claim of trespass against the man: cody lancaster; in relation to property, the body of cody lancaster; The notice of trespass and claim is enclosed; If you fail to comply with this summons, the man or woman who may act as Magistrate may order a contempt against you and a verdict may be made in your absence; Today's date: March the 16th, 2023;

        **Date:**_____
        **Time:**_____
        **By:**_____
                      **Magistrate**

# the cody lancaster court
## AT THE UNITED STATES DISTRICT COURT
### for the
### District of Alaska

**A court of record, to proceed under oath for to testify between:**

i: a man; cody lancaster;
who does claim trespass;

        **Against**                            Court file number:_____

risa leonard; a woman;
wrongdoer;

**Notice of Summons;**
**to the man: russell roggenbuck;**
**3720 Dubia Road, North Pole, Alaska; (99705)**
**Telephone: (907) 457-8867;**

You, are required to be present before the man or woman who may act as Magistrate of the cody lancaster court at the United States District Court for the District of Alaska at Fairbanks on the day of March the 16th, 2023; post haste; You are to bring this summons with you for the purpose to state what you did witness in relation to the claim of trespass against the man: cody lancaster;

                **Date:**_____
                **Time:**_____
                **By:**_____
                          **Magistrate**

the cody lancaster court
## AT THE UNITED STATES DISTRICT COURT
for the
### District of Alaska

**A court of record, to proceed under oath for to testify between:**

i: a man; cody lancaster;
who does claim trespass;

       **Against**                          **Court file number:**_____

risa leonard; a woman;
wrongdoer;

### Notice of Summons;
to the woman: danielle roggenbuck;
3720 Dubia Road, North Pole, Alaska; (99705)
Telephone: (907) 457-8867;

You, are required to be present before the man or woman who may act as Magistrate of the cody lancaster court at the United States District Court for the District of Alaska at Fairbanks on the day of March the 16th, 2023; post haste; You are to bring this summons with you for the purpose to state what you did witness in relation to the claim of trespass against the man: cody lancaster;

                **Date:**_____
                **Time:**_____
                **By:**_____
                          **Magistrate**

# the cody lancaster court
## AT THE UNITED STATES DISTRICT COURT
## for the
## District of Alaska

A court of record, to proceed under oath for to testify between:

i: a man; cody lancaster;
who does claim trespass;

        **Against**                                    Court file number:_____

risa leonard; a woman;
wrongdoer;

## Notice of Summons;
## to the woman: kelly roberts;
## 1648 South Cushman Street, Suite 300, Fairbanks, Alaska; (99701)
## (907) 328-8489; kelly.roberts@alaska.gov

You, are required to be present before the man or woman who may act as Magistrate of the cody lancaster court at the United States District Court for the District of Alaska at Fairbanks on the day of March the 16th, 2023; post haste; You are to bring this summons with you for the purpose to state what you did witness in relation to the claim of trespass against the man: cody lancaster;

        **Date:**_____
        **Time:**_____
          **By:**_____
                  **Magistrate**

# Notice of Order

Upon the verdict of the man or woman who may act as Magistrate or the jury, and as the verdict has been found in favor of the man: cody lancaster; i: the man; cody lancaster; now wish to place the order of i, before the court as per the notice which i did send to the woman: risa leonard; who at times acts as Judge or Magistrate; by way of registered mail on March the 14th, 2023; for remedy by way of restoration of property via removal of said electronic device from the body of i post haste, and compensation in the amount of $1,000 per day that said electronic device is upon the body of i to bring remedy; The first day said electronic device was placed upon the body of i was February the 5th, 2023; as of today, March the 16th, 2023; said electronic device has been upon the body of i for 39 days; 39 days times $1,000 per day for a total amount of $39,000 in compensation to bring remedy; i require the order to be carried out within 30 days of this notice of order;

By: cody lancaster; a man.

Exhibit A



Department of Law, Criminal Division
510 2nd Ave Ste 200, Fairbanks, AK 99701
Phone: (907) 451-5970 Email: fairbanksdan@alaska.gov

IN THE DISTRICT COURT FOR THE STATE OF ALASKA
FOURTH JUDICIAL DISTRICT AT FAIRBANKS

STATE OF ALASKA,
 Plaintiff,
vs.
CODY LEE LANCASTER
DOB 03/16/1994
APSIN ID: 8434720
DMV NO.: AK
ATN: 115852283
 Defendant.

No. (Cody Lee Lancaster) 4FA-23-00334⬚

FILED in the Trial Courts
State of Alaska Fourth Dist.
FEB 04 2023
By:_____ Deputy

INFORMATION

THE DISTRICT ATTORNEY CHARGES:

Count I - AS 11.56.740(a)(1)
Violation Of A Protective Order
Cody Lee Lancaster - 001

Count II - AS 11.56.740(a)(1)
Violation Of A Protective Order
Cody Lee Lancaster - 002

Count III - AS 11.56.740(a)(1)
Violation Of A Protective Order
Cody Lee Lancaster - 003

---

Notice (1 of 2)

Greetings, to the woman: risa leonard, who at times acts as Judge or Magistrate; i hope you are well i a man, cody lancaster; do not understand the legal language so i write this notice to bring remedy in law and prevent a trespass by you: risa leonard; a woman; i do not wish to accept any titles that diminish the rights of man in any way; i respectfully require to take notice that i claim the body of i as the property of i; i state on February the 4th, 2023 i was present before you with regard to a matter (exhibit a); i say any form of consent that i did give to you: risa leonard; a woman; who at times acts as Judge or Magistrate; to place an electronic device upon the body of i; a man; do not consent to March the 13th, 2023; i; a man; void as of today; say said device does cause harm to i; i require you: risa leonard; a woman; to remove said device from the body of i; within 24 hours of your receipt of this notice;

---

Notice (2 of 2)

i say now if it is your wish to continue your actions acts as Judge or Magistrate; i hope you are well i will consider if it is your wish to continue your actions by way of extortion and harm; i say i will seek compensation for said trespasses in the amount of $1,000 per day said device is upon the body of i; i say now if you: risa leonard; a woman; do not remove said device from the body of i within 24 hours of your receipt of this notice; i will wish and require to convene a court of law for you and i on the record, under oath to state what is true before a man or woman who at times acts as Magistrate; i say all in here be true and will verify it all be true at open court; Today's date: March the 13th, 2023;

By: cody lancaster; a man.

Photograph of USPS mail forms on a dark surface.

**Return Receipt (PS Form 3811):**

SENDER: COMPLETE THIS SECTION
- Complete Items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

risa leonard
101 lacey street
fairbanks, alaska
(99701)

9590 9402 7729 2152 6336 98

2. Article Number (Transfer from service label)
RA 829 178 678 US

PS Form 3811, July 2020 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY
A. Signature
X
☐ Agent
☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☒ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

Back of envelope (handwritten):
cody lancaster
c/o 5720 dubia road
north pole, alaska
(99705)

**Registered Mail Receipt (PS Form 3806):**

TO: risa leonard, 101 lacey street, fairbanks, alaska (99701)
FROM: cody lancaster, c/o 5720 dubia road, north pole, alaska (99705)

OFFICIAL USE

Registered No. RA 829 178 678 US

Envelope addressed to:
risa leonard
101 lacey street
fairbanks, alaska
(99701)

REGISTERED MAIL
RA 829 178 678 US

**Tracking Number:**

# RA829178678US

 Copy    Add to Informed Delivery

## Latest Update

Your item was delivered to an individual at the address at 12:23 pm on March 15, 2023 in FAIRBANKS, AK 99701.

### Delivered

**Delivered, Left with Individual**

FAIRBANKS, AK 99701
March 15, 2023, 12:23 pm

**Out for Delivery**

FAIRBANKS, AK 99709
March 15, 2023, 6:47 am

**Arrived at Post Office**

FAIRBANKS, AK 99709
March 15, 2023, 6:36 am

**Arrived at USPS Facility**

FAIRBANKS, AK 99709
March 14, 2023, 10:16 pm

Hide Tracking History

tools.usps.com

Remove ✕



# Product Tracking & Reporting

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | March 16, 2023 |

## USPS Tracking Intranet
### Delivery Signature and Address

Tracking Number: RA82 9178 678U S

This item was delivered on 03/15/2023 at 12:23:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type: Quick Search    [Submit]

Product Tracking & Reporting, All Rights Reserved
Version: 23.2.2.0.35